# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

Amarilys Garcia,

Debtor.

Case No. 22-12742-pmm

Chapter 13

## Order Granting Debtor's Motion
## to Set Date for Commencement of Plan Payments

**AND NOW**, upon consideration of the Debtor's Motion to Set Date for Commencement of Plan Payments, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor shall commence making plan payments to the chapter 13 trustee on or before December 15, 2022.

3. The effective date of this order is November 15, 2022.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge